David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
FINANCIAL CREDIT NETWORK, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>FINANCIAL CREDIT NETWORK, INC.,<br>        Defendant | Case No. 5:14-cv-00786-ODW-PLA<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

   **PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety.  The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation to Dismiss the individual action of Plaintiff CARRIE COUSER, with prejudice, and dismiss

without prejudice the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii), within 45 days from the date of this Notice. The parties request that the Court take off calendar all future calendared dates. Each party shall bear their own costs and expenses.

Dated November 12, 2014    **KAZEROUNI LAW GROUP, APC**

By: /s/ Abbas Kazerounian
　　Abbas Kazerounian
　　*Attorneys for Plaintiff*
　　CARRIE COUSER

Dated November 12, 2014    **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
　　David J. Kaminski
　　*Attorneys for Defendant*
　　FINANCIAL CREDIT NETWORK, INC.