# United States District Court
# Central District of California

| | |
|---|---|
| CARRIE COUSER,<br><br>        Plaintiff,<br><br>  v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>        Defendants, | Case No. 5:14-cv-00786-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 20.), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, December 29, 2014**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a stipulation to dismiss. The Motion to Certify Class filed by Plaintiff (ECF No. 16) is now moot and no longer needs to be decided by the Court. All other dates in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

November 13, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**