# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> vs. <br><br> **FINANCIAL CREDIT NETWORK, INC.,** <br><br> Defendant. | Case No. 5:14-cv-00786-ODW-PLA <br><br> **ORDER** <br><br> JS-6 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

Dated this  22nd_day of December, 2014.

_____          _____
The Honorable Otis D. Wright, II

Order to Dismiss - 1